1 | HEATHER E. WILLIAMS, Bar #122664
Federal Defender
2 | ERIC V. KERSTEN, Bar #226429
Assistant Federal Defender
3 | Branch Chief, Fresno Office
2300 Tulare Street, Suite 330
4 | Fresno, California 93721-2226
Telephone: (559) 487-5561
5 |

6 | IN THE UNITED STATES DISTRICT COURT

7 | FOR THE EASTERN DISTRICT OF CALIFORNIA

8 |

| UNITED STATES OF AMERICA, | ) | Case No. 1:22-CR-00036-JLT |
|---|---|---|
| | ) | |
| *Plaintiff,* | ) | **APPLICATION AND ORDER** |
| | ) | **APPOINTING COUNSEL** |
| vs. | ) | |
| | ) | |
| GABRIELA BARAJAS-SALMERON, | ) | |
| | ) | |
| *Defendant.* | ) | |
| | ) | |
| | ) | |

Defendant, Gabriela Barajas-Salmeron, through the Federal Defender for the Eastern District of California, hereby requests appointment of counsel for assistance in seeking early termination of her supervised release that began on or about January 2022.

Ms. Barajas-Salmeron was sentenced on December 3, 2018, and was sentenced to 30 months custody and 3 years of Supervised Release.

Ms. Barajas-Salmeron submits the attached Financial Affidavit as evidence of her inability to retain counsel at this time. After reviewing her Financial Affidavit, it is respectfully recommended that counsel be appointed to assist with terminating her supervised release.

DATED:  November 29, 2023

_____*/s/ Eric V Kersten*_____
ERIC V. KERSTEN
Assistant Federal Defender
Branch Chief, Fresno Office

1

**O R D E R**

2

     Having satisfied the Court that the defendant is financially unable to retain counsel at this

3

time, the Court hereby appoints counsel, pursuant to 18 U.S.C. § 3006A.

4

IT IS SO ORDERED.

5

6

Dated:   **November 29, 2023**          /s/ *Barbara A. McAuliffe* _

7

                                                    UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28